■ GENERAL BUILDING CONTRACTORS OF NEW YORK STATE, INC., Appellant, v B & D CONTRACTORS, Also Known as B & D CONTRACTING, Respondent.—Appeal from an order of the Supreme Court (Kahn, J.), entered March 29, 1991 in Albany County, which, *inter alia,* granted defendant's cross motion for summary judgment dismissing the complaint.

Order affirmed, without costs, upon the opinion of Justice Lawrence E. Kahn.

Mahoney, P. J., Casey, Mikoll, Mercure and Crew III, JJ., concur. Ordered that the order is affirmed, without costs.